STATE OF NORTH CAROLINA v. ALONZO McDOWELL

No. 7425SC897

(Filed 5 February 1975)

APPEAL by defendant from *Thornburg, Judge,* 15 July 1974 Criminal Session of Superior Court held in CATAWBA County. Heard in the Court of Appeals 13 January 1975.

Defendant was charged with felonious escape from the North Carolina Department of Correction in violation of G.S. 148-45. Upon his plea of not guilty, the jury returned a verdict of guilty as charged. From judgment sentencing him to imprisonment for a term of two years to begin at the expiration of sentences which the defendant is now serving, defendant appealed.

*Attorney General Edmisten, by Assistant Attorney General Banks, for the State.*

*Cagle and Houck, by William J. Houck, for defendant appellant.*

MORRIS, Judge.

Counsel for the defendant candidly concedes that his review of the record on appeal reveals no error in the trial of this matter but asks that we review the record to determine whether the trial court committed error. We have examined the record proper, including the organization of the court, the warrant and indictment, the arraignment and plea, the verdict and the judgment. Defendant received a fair trial free from prejudicial error.

No error.

Judges BRITT and CLARK concur.